THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM TAYLOR, WILLIAM SMITH, JOHN RAFFO, Alias " PINOCHLE," JAMES CLARKE, Alias WILLIAM COLLINS and MAX PRICE, Alias MAX PRAISS, Appellants.— Judgment of conviction of the County Court of Kings county reversed upon the law and the facts and a new trial granted. The evidence is insufficient to warrant the finding of the jury that the defendants were guilty of the crime charged in the indictment. In case of a new trial, the provisions of section 360 of the Code of Criminal Procedure in regard to the allowance of peremptory challenges should be followed. (People v. Doran, 246 N. Y. 409, 425.) Lazansky, P. J., Young, Kapper and Seeger, JJ., concur; Carswell, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES DOUGHERTY, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.— Order dismissing writ of habeas corpus affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM H. TRAENDLY, Relator, v. JOSEPH A. WARREN, as Police Commissioner of the City of New York, Respondent.— Determination of police commissioner confirmed and certiorari proceeding dismissed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger and Scudder, JJ., concur; Carswell, J., not voting.

VICTOR A. RIZZI, Respondent, v. PHILIP B. CRAIGHEAD and ALICE CRAIGHEAD, His Wife, Appellants. THOMAS J. A. BOOTH and Others, Defendants.— Order in so far as it grants plaintiff's motion to serve an amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

BETTY SCHACHTER and KATIE GOLDBERGER, Respondents, v. MILDRED ROSENMAN and DOROTHY LEVIN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

WILLIAM P. SCHWEICKERT, Respondent, v. EDWARD C. CONWAY and THE NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, Individually and as Executors, etc., of RICHARD B. ROCK, Deceased, Appellants.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The complaint fails to state a cause of action against the defendants in their representative capacity as executors. Where the claim sued upon did not exist at the death of the decedent and the obligation was not incurred by him, but by the executors, although growing out of matters connected with the administration of the estate, the action lies only against the executors personally. (Schutz v. Morette, 146 N. Y. 137.) Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

G. ALBERT THOMPSON and H. AUSTIN THOMPSON, Respondents, v. ROY W. HEBARD, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.